433 A.2d 532

Commonwealth v. Palm, Sr., Appellant.

Submitted April 16, 1980. Gary R. Fine, for appellant; Donetta W. Ambrose, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.